**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

UNITED STATES v. LONNIE JOHN WHITE
Case No. *3:07-cr-136-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Reed Sirak, Law Clerk  - Magistrate Judge's Chambers

---

**MINUTE ORDER FROM CHAMBERS**

**RE:** Appointment of CJA Counsel and Scheduling Dates

Defendant's oral request for appointment of counsel is hereby GRANTED. In accordance with provisions of the Criminal Justice Act at 18 U.S.C. § 3006A, the Federal Public Defender for the District of Alaska is directed to designate counsel from the CJA Panel or Federal Public Defender's office to represent petitioner in this habeas matter.

Appointed counsel to file an appearance forthwith.  Counsel for defendant shall, review the record, in particular Docket 225, and file any Amended Petition for habeas relief. Amended 2255 motion shall be due on or before **July 19, 2013.**  The government's response shall be due **August 19, 2013.**

***NOTE***to parties: when filing the Amended § 2255 Petition, counsel for petitioner shall file the document using the event "Supplement" and link to the original Petition at Docket 219;

**Responsive pleading by Respondent should be filed using the event "Response in Opposition to Motion:" or "Response to Motion (Non-Opposition)" and link to the original petition/motion at Docket 219.

*Upon receipt of pleadings the Court will determine if a scheduling and planning conference is required or the matter may proceed as submitted.*

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

June 19, 2013

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.
T:\00 C R I M I N A L\00 2255's\07-cr-136-TMB-JDR WHITE 2255 @\07-cr-136-TMB-JDR WHITE MO Re Appointment of Counsel_mtd.wpd